1 | Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
  | 332 North Second Street
3 | San Jose, California  95112
  | Telephone (408) 298-2000
4 | Facsimile (408) 298-6046
  | Email:  tanya@moorelawfirm.com
5 | Attorney for Plaintiff
  | Hendrik Block

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>     Plaintiff,<br><br>vs.<br><br>GARRISON TULARE LLC, et al.,<br><br>     Defendants. | No. 1:16-cv-00048---EPG<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT FOREVER 21 RETAIL, INC. TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS; ORDER** |

**WHEREAS,** Plaintiff Hendrik Block ("Plaintiff"), by and through his attorney of record, and Defendant Forever 21 Retail, Inc. dba Forever 21 ("Defendant," and together with Plaintiff, "the Parties"), who is currently seeking outside representation and whose in-house counsel is specially appearing on its behalf for the sole purpose of obtaining this extension, previously entered into a stipulation granting Defendant to and including March 3, 2016 to file a responsive pleading in this matter (Dkt. 9);

**WHEREAS,** Plaintiff and Defendant are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including April 5, 2016 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Date: February 29, 2016                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Hendrik Block

Date: February 29, 2016                                */s/ Tyra Saechao*
Tyra Saechao
Specially Appearing for Defendant,
Forever 21 Retail, Inc. dba Forever 21

## **ORDER**

The parties having so stipulated and good cause appearing, Defendant Forever 21 Retail, Inc. dba Forever 21, shall file its responsive pleading no later than **April 5, 2016**.

IT IS SO ORDERED.

Dated:  **March 1, 2016**                                /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE