1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  SEYFARTH SHAW LLP
   Myra B. Villamor (SBN 232912)
6  mvillamor@seyfath.com
   2029 Century Park East, Suite 3500
7  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
8  Facsimile: (310) 201-5219

9  Attorneys for Defendant
   WORLD OF JEANS & TOPS dba TILLY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HENDRIK BLOCK, | Case No. 1:16-CV-00048 EPG |
|---|---|
| Plaintiff, | **SECOND STIPULATION EXTENDING TIME FOR DEFENDANT WORLD OF JEANS & TOPS DBA TILLY'S TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| GARRISON TULARE LLC; WORLD OF JEANS & TOPS dba TILLY'S; SUCHMAN LLC dba SLAMXHYPE; FOREVER 21 RETAIL, INC. dba FOREVER 21, | **[L.R. 144(a)]** |
| Defendant. | |

Pursuant to the provisions of Local Rule 144(a), plaintiff HENDRIK BLOCK ("Plaintiff") and defendant WORLD OF JEANS & TOPS dba TILLY'S ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant may have a 14-day extension of time in which to respond to Plaintiff's Complaint. This is the second extension of time to respond to the Complaint. Pursuant to this extension, a response by Defendant shall be due on or before March 17, 2016.

This stipulation will not affect or alter any deadline previously set by Court order, including the Scheduling Conference.

///

///

SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
25053177v.2

The reason for the request for an extension is that Defendant is continuing to investigate the allegations in Plaintiff's Complaint to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: March 3, 2016                     SEYFARTH SHAW LLP


                                         By   /s/  Myra B. Villamor
                                              Myra B. Villamor
                                         Attorneys for Defendant
                                         WORLD OF JEANS & TOPS dba TILLY'S


DATED: March 3, 2016                     MOORE LAW FIRM, P.C.


                                         By   /s/ Tanya Moore
                                              Tanya E. Moore
                                         Attorneys for Plaintiff
                                         HENDRICK BLOCK

### ORDER

The parties having so stipulated and good cause appearing, Defendant World of Jeans & Tops dba Tilly's shall file its responsive pleading to the Complaint no later than **March 17, 2016**.

IT IS SO ORDERED.

Dated:  **March 4, 2016**                     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

-2-
SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
25053177v.2