SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfath.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
WORLD OF JEANS & TOPS dba TILLY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, <br><br> Plaintiff, <br><br> v. <br><br> GARRISON TULARE LLC; WORLD OF JEANS & TOPS dba TILLY'S; SUCHMAN LLC dba SLAMXHYPE; FOREVER 21 RETAIL, INC. dba FOREVER 21, <br><br> Defendant. | Case No. 1:16-CV-00048 EPG <br><br> **THIRD STIPULATION EXTENDING TIME FOR DEFENDANT WORLD OF JEANS & TOPS DBA TILLY'S TO RESPOND TO COMPLAINT; ORDER** <br><br> **[L.R. 144(a)]** |

Pursuant to the provisions of Local Rule 144(a), plaintiff HENDRIK BLOCK ("Plaintiff") and defendant WORLD OF JEANS & TOPS dba TILLY'S ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant may have a seven day extension of time in which to respond to Plaintiff's Complaint.  This is the third extension of time to respond to the Complaint.  Pursuant to this extension, a response by Defendant shall be due on or before March 24, 2016.

This stipulation will not affect or alter any deadline previously set by Court order, including the Scheduling Conference.

///

///

The reason for the request for an extension is that Defendant is continuing to investigate the allegations in Plaintiff's Complaint to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: March 17, 2016              SEYFARTH SHAW LLP


                                   By    /s/  Myra B. Villamor
                                        Myra B. Villamor
                                        Attorneys for Defendant
                                        WORLD OF JEANS & TOPS dba TILLY'S

DATED: March 17, 2016              MOORE LAW FIRM, P.C.


                                   By    /s/ Tanya Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        HENDRICK BLOCK

**Order**

The parties having so stipulated and good cause appearing, Defendant World of Jeans & Tops dba Tilly's shall file its responsive pleading to the Complaint no later than **March 24, 2016**.

IT IS SO ORDERED.

   Dated:   **March 18, 2016**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

-2-
THIRD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

25460983v.1