Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>     vs.<br><br>GARRISON TULARE LLC, et al.,<br><br>          Defendants. | No. 1:16-cv-00048-LJO-EPG<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS GARRISON TULARE LLC AND SUCHMAN LLC DBA SLAMXHYPE ONLY [FED. R. CIV. P. 41(A)(2)]; ORDER** |

    WHEREAS, Plaintiff, Hendrik Block ("Plaintiff"), wishes to dismiss Defendants Garrison Tulare LLC and Suchman LLC dba SlamXHype from the above-captioned action pursuant to settlement with Garrison Tulare LLC and Suchman LLC dba SlamXHype;

    WHEREAS, Plaintiff obtained authorization on April 29, 2016 from Defendant Garrison Tulare LLC's counsel Gregory K. Lee to electronically sign a joint stipulation to dismiss his client Defendant Garrison Tulare LLC, however, Plaintiff has not been able to obtain authorization to electronically sign the joint stipulation from Defendant Suchman LLC dba SlamXHype's counsel, Eleanor M. Welke, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

REQUEST FOR DISMISSAL OF DEFENDANTS GARRISON TULARE LLC AND SUCHMAN LLC DBA SLAMXHYPE ONLY [FED. R. CIV. P. 41(A)(2)]; ORDER

Page 1

1  WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this
2  action;
3  NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of
4  Civil Procedure 41(a)(2) that <u>only</u> Defendants Garrison Tulare LLC and Suchman LLC dba
5  SlamXHype be dismissed from the above-captioned action with prejudice.

7  Date: May 3, 2016                                         MOORE LAW FIRM, P.C.

                                                             */s/ Tanya E. Moore*
                                                             Tanya E. Moore
                                                             Attorneys for Plaintiff
                                                             Hendrik Block

### ORDER

Pursuant to the request of Plaintiff, Hendrik Block, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that <u>only</u> Defendants Garrison Tulare LLC and Suchman LLC dba SlamXHype be dismissed from the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated:   **May 4, 2016**                         /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE

REQUEST FOR DISMISSAL OF DEFENDANTS GARRISON TULARE LLC AND SUCHMAN LLC DBA
SLAMXHYPE <u>ONLY</u> [FED. R. CIV. P. 41(A)(2)]; ORDER